UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ALI JAMA<br>        Defendant. | CASE NO. 2:17-cr-150<br><br>JUDGE MARBLEY<br><br>SUPERSEDING INFORMATION<br><br>18 U.S.C. §1035<br>18 U.S.C. §2<br>26 U.S.C §7206(2)<br>FORFEITURE |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
### (False Statements Relating to Health Care Matters)

From on or about January 1, 2015 through on or about December 31, 2016, in the Southern District of Ohio, Defendant ALI JAMA, knowingly and willfully made materially false, fictitious, and fraudulent representations to a health care benefit program as defined in 18 U.S.C. §24, to wit: the Ohio Medicaid program, in connection with the delivery of or payment for health care benefits, items, or services by failing to provide proper training and allowing unqualified health care aides to provide home health services to Medicare and Medicaid beneficiaries.

In violation of 18 U.S.C. §1035 and §2.

### COUNT 2
**(Aid or Assist in the Making of False Statements to the IRS)**

From on or about April 15, 2014 through on or about April 15, 2015, in the Southern District of Ohio, Defendant ALI JAMA, did knowingly and willfully aid or assist in, procure, counsel, or advise others, known and unknown to the Grand Jury, in connection with a matter arising under the internal revenue laws, namely , the preparation or presentation of a false US Individual Income Tax Returns (Forms 1040), to the Internal Revenue Service for the calendar years 2013 and 2014, in the name of Ali Jama, which were fraudulent as to a material matter, namely, that the  Forms 1040 contained false materials including underreported income.

**All in violation of 26 U.S.C. §7206(2).**

### FORFEITURE ALLEGATION

1.      The allegations of the Superseding Information are reallged and incorporated herein for the purpose of alleging forfeiture to the United States of America under 18 U.S.C. § 982(a)(7).

2.      Upon conviction of the offense alleged in Count 1 of the Superseding Information in violation of 18 U.S.C. § 1035, Defendant ALI JAMA shall forfeit to the United States, in accordance with18 U.S.C. § 982(a)(7), all property, real or personal, constituting or derived, directly or indirectly, from the gross proceeds traceable to the commission of such offense, including but not limited to $300,000.00 in United States currency, which represents the minimum amount of proceeds the Defendant, ALI JAMA, derived from the Federal health care offense alleged in the Superseding Information, in the form of a forfeiture money judgment.

**Substitute Assets**

3. If, as a result of any act or omission of Defendant ALI JAMA, the forfeitable property so described, or any potion thereof:

        a) cannot be located upon the exercise of due diligence;

        b) has been transferred or sold to, or deposited with a third party;

        c) has been placed beyond the jurisdiction of the court;

        d) has been substantially diminished in value; or

        e) has been commingled with other property which cannot be divided without difficulty;

It is the intent of the United States, in accordance with 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b)(1), to seek forfeiture of any other property of Defendant ALI JAMA up to the value of the $300,000.00 forfeiture money judgment, including but not limited to:

The Real Property known and numbered as 3505 Westerville Road, Columbus, Franklin County, Ohio, with all improvements, appurtenances, and attachments thereon, Parcel No. 190-000089-00, Record Owner: H & H Investment and Management Company, and legally described as:

Situated in the State of Ohio, County of Franklin and in the Township of Mifflin:

Being in the second quarter of the first township, 17th Range, United States Military Lands, and being described as follows:

Beginning at an iron pin in the centerline of the Westerville Pike at the Northeast corner of the John S. Curtis 14-.654 acre farm; thence S. 28 degrees 30' W. 106.3 feet to a point in the center of the aforesaid pike; thence N. 87 degrees 40' West 893.4 feet to an iron stake in the west line of John S. Curtis land; thence N. 3 degrees 20' East 95.1 feet to an iron pin in the north line of John S. Curtis' land; thence S. 87 degrees 40' E. 939 feet to the beginning, containing 2 acres of land, more or less.

Parcel Number: 190-000089-00
Commonly Known as: 3505 Westerville Road, Columbus, OH 43224

Last Instrument No. 201411050147078 of the Deed Records of the Franklin County Recorder's Office.

Forfeiture in accordance with 18 U.S.C. § 982(a)(7), along with 21 U.S.C. § 853(p) and 18 U.S.C. § 982(b)(1), and Rule 32.2 of the Federal Rules of Criminal Procedure.

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

KENNETH F. AFFELDT, (0052128)
Assistant United States Attorney

MARITSA A. FLAHERTY (0080903)
Special Assistant United States Attorney