**ATTACHMENT A:**

**STATEMENT OF FACTS**

*The United States and Defendant Ali Jama stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case had proceeded to trial.*

Health Care Fraud Scheme

Beginning on or about January 1, 2015, and continuing through on or about December 31, 2016, Defendant ALI JAMA, knowingly and willfully made materially false statements and representations in connection with the delivery of health care services involving the Medicare Program (Medicare) and Ohio Medicaid Program (Medicaid) by failing to provide proper training and allowing unqualified health care aides to provide home health services to Medicare and Medicaid beneficiaries.

Namely, defendant, as co-owner of Alpha Star Health Care, Inc., portrayed the aides as being qualified to provide home health care services when, in fact, the aides did not have the required work experience and never received adequate training as required by the Medicare and Ohio Medicaid Program.  Defendant, or others at his direction and under his supervision, would then bill health care benefit programs knowing the aides were unqualified to provide home health care services.

Tax Fraud Scheme

From on or about April 15, 2014 through April 15, 2015, the defendant ALI JAMA, provided records to a return preparer who prepared US Individual Income Tax Returns (Form 1040) for ALI JAMA and his wife Fowsiyo Aden.  As part of the tax fraud scheme, the defendant ALI JAMA provided records that underreported income to the tax preparer that were false as to a

material matter and which were used by the tax preparer in the preparation of the Form 1040.  The false and underreported income resulted in the reduction of the taxable income and the fraudulent reduction of the tax liability for the defendant ALI JAMA.

Specifically, on or about April 15, 2014 through April 15, 2015, the defendant ALI JAMA provided the return preparer summaries of false and underreported income records to prepare his 2013 and 2014 Forms 1040.  In doing so, the defendant omitted income, thereby reducing his taxable income from $167,322 to $0 in 2013, and $300,993 to $0 in 2014, which resulted in fraudulently reducing the tax liability owed to the IRS by $43,197 in 2013 and $83,129 in 2014, for a loss to the government in the amount of $126,326.

Additionally, from on or about April 15, 2013 through April 15, 2015, the defendant ALI JAMA, as co-owner and operator of Alpha Star, provided Alpha Star business records to a return preparer who prepared US Corporation Income Tax Returns (Form 1120) for Alpha Star.  As part of the tax fraud scheme, the defendant ALI JAMA knowingly provided business expenses to the tax preparer that were false as to a material matter which were used in the preparation of the Alpha Star Forms 1120.  The false and inflated expenses resulted in reducing the defendant's taxable income and fraudulently reducing the tax liability for the business, Alpha Star.

Specifically, on or about April 15, 2014 through April 15, 2015, the defendant ALI JAMA provided his return preparer false and inflated business records to prepare the 2013 and 2014 Alpha Star Forms 1120.  In doing so, the defendant included false and inflated business expenses, thereby reducing Alpha Star's taxable income from $679,847 to $81,142 over a two year period which resulted in fraudulently reducing the tax liability owed to the IRS by $184,980.

CONFIDENTIAL

The loss to the government totals $311,306 for both personal and corporate tax due and owing.

All the relevant criminal conduct occurred in the Southern District of Ohio.

I have read the statement of facts and have carefully reviewed it with my attorney. I acknowledge that it is true and correct.

8/33/18
_____  
Date

_____  
ALI JAMA  
Defendant

I am Ali Jama's attorneys.  We have carefully reviewed the above Statement of Facts with him.

8/23/18
_____  
Date

_____  
BRADLEY D. BARBIN (0070298)  
Attorney for Ali Jama

CONFIDENTIAL