**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | **CASE NO:   2:17-cr-150** |
| | : | |
| **ALI JAMA,** | : | |
| | : | |
| **Defendant** | : | |

**GOVERNMENT'S PLEA AGREEMENT SUBMISSION**
**OF ELEMENTS AND PENALTIES FOR**
**18 U.S.C. § 1035 and 26 U.S.C. § 7206(2)**

**l.   ELEMENTS: 18 U.S.C. § 1035 and 26 U.S.C. § 7206(2)**

**Count 1**
**(False Statements Relating to Health Care Matters)**

First:   The defendant made a materially false, fictitious, or fraudulent statement or representation;

Second:   The statement or representation was in connection with the delivery of or payment for health care benefits, items, or services involving a health care benefit program as defined in 18 U.S.C. § 24;

Third:   The defendant did so knowingly and willfully;

Forth:   The acts occurred within the Southern District of Ohio on or about the dates set forth in the superseding Information.

**Count 2**
**(Aid or Assist in the Making of False Statements to the IRS)**

First:   The Defendant aided or assisted in, procured, counselled, or advised the preparation or presentation of a document in connection with a matter arising under the internal revenue laws;

Second:      The document was false as to a material matter;

Third:       The defendant acted willfully.

Fourth:       The acts occurred within the Southern District of Ohio on or about the dates set forth in the superseding Information.

## 2.    PENALTIES

A. Mandatory Minimum:    None.

B. Possible Maximum:   1.   Count 1 – Not more than five years imprisonment; a term of supervised release not more than three years, a fine not to exceed $250,000.00.

2.   Count 2 – Not more than three years imprisonment; a term of supervised release not more than three years, a fine not to exceed $250,000.00.

3.   Restitution.

4.   Mandatory special assessments totaling $200 due prior to sentencing.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney


s/ Kenneth F.Affeldt
KENNETH F. AFFELDT (0052128)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Kenneth.Affeldt@usdoj.gov