UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | CASE: 2:17-CR-150 |
| | : | JUDGE ALGENON L. MARBLEY |
| V. | : | |
| | : | |
| ALI JAMA, | : | |
| DEFENDANT. | : | |

## DEFENDANT'S MOTION FOR CONTINUANCE

Now comes the Defendant, Ali Jama, by and through his attorney, Bradley Davis Barbin, and respectfully requests this Honorable Court grant Defendant's Motion for Continuance. A Memorandum in Support follows.

Respectfully submitted,

*/s/ Bradley Davis Barbin*
Bradley Davis Barbin (0070298)
Attorney for the Defendant
Barbin Law, Inc.
52 W. Whittier St.
Columbus, Ohio 43206
Phone: 614-445-8416
bbarbin@barbinlaw.com

1

## MEMORANDUM IN SUPPORT

1. On September 7, 2018, Mr. Ali Jama, the Defendant, pled guilty to one count of False Statements Relating to Health Care Matters, pursuant to 18 U.S.C. §1035 and one count of Aiding or Assisting in the Making of False Statements to the IRS, pursuant to 26 U.S.C. §7206(2).

2. On November 5, 2018, Defendant and Counsel filed a Motion to Extend Objection Deadline for the PSIR due to the need to finalize underlying factual issues.

3. Consequently, Defense Counsel anticipates the next hearing will be scheduled sometime during the last two weeks of December 2018. However, Defense Counsel is unavailable during that time due pre-planned travel for the holidays.

4. On November 21, 2018, Defense Counsel phoned one of the two assigned AUSA's, Mr. Ken Affeldt. Defense Counsel was unable to personally speak with Mr. Affeldt but believes Mr. Affeldt will not object to Defendant's Motion for Continuance as Defendant is currently out of jail on bond and has been reporting without issue.

5. Defense Counsel is scheduled for trial to begin on another case, State of Ohio v. Diane Banks, case no. 18 CR 4135, in Franklin County Common Pleas Court on January 29, 2019.

6. Based on the above facts, Defense Counsel respectfully requests this matter be continued to a time between January 7, 2019 and January 28, 2019. Said request for continuance is necessary and in the interests of justice given the unavailability of Counsel.

WHEREFORE, the Defendant respectfully requests this Honorable Court grant Defendant's

Motion for Continuance to a time between January 7, 2019 and January 28, 2019 for the above

stated reasons.

Respectfully submitted,

/s/ Bradley Davis Barbin

Bradley Davis Barbin (0070298)
Attorney for the Defendant
Barbin Law, Inc.
52 W. Whittier St.
Columbus, Ohio 43206
Phone: 614-445-8416
bbarbin@barbinlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Motion for Continuance was electronically filed on

November 21, 2018 with the Clerk of the United States District Court using the CM/ECF system,

which will send notification of such filing to the persons listed below.

Kenneth F. Affeldt
United States Attorney's Office
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
Ken.Affeldt@usdoj.gov

Maritsa A. Flaherty
Ohio Attorney General's Office
150 E. Gay Street, 17th Floor
Columbus, OH 43215
Maritsa.Flaherty@ohioattorneygeneral.gov

Moneik Edgerson
U.S. Probation Officer
Joseph P. Kinneary U.S. Courthouse
85 Marconi Blvd., 5th Floor
Columbus, OH 43215
Moneik_Edgerson@ohsp.uscourts.gov

Respectfully submitted,

*/s/ Bradley Davis Barbin*
Bradley Davis Barbin (0070298)
Attorney for the Defendant

4