IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| Plaintiff, | : | 2:17-cr-150(1) |
| v. | : | JUDGE MARBLEY |
| | : | |
| ALI JAMA, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in accordance with Rule 32.2 of the Federal Rules of Criminal Procedure, the Superseding Information (Doc. 27) filed in this action contained a Forfeiture Allegation notifying Defendant Ali Jama that the United States sought the forfeiture of property under 18 U.S.C. § 982(a)(7) and 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), based on the conduct of Defendant Ali Jama in Count One of the Superseding Information, in violation of 18 U.S.C. § 1035, and more specifically, all property, real or personal, constituting, or derived, directly or indirectly, from the gross proceeds traceable to that offense, including, but not limited to $300,000.00 in United States currency in the form of a forfeiture money judgment. The Forfeiture Allegation also included a substitute asset clause and more specifically identified the following substitute asset: The Real Property known and numbered as 3505 Westerville Road, Columbus, Franklin County, Ohio, with all improvements, appurtenances, and attachments thereon, Parcel No. 190-000089-00, Record Owner: H & H Investment and Management Company; and

WHEREAS, in the Plea Agreement (Doc. 28) filed on August 27, 2018, Defendant Ali Jama agreed to plead guilty to the Superseding Information pending against him in this case.

Defendant Ali Jama also agreed to voluntarily surrender for forfeiture to the United States all of his right, title, and interest in all property, real or personal, constituting or derived, directly or indirectly, from the gross proceeds traceable to the commission of the Federal health care offense alleged in the Superseding Information, including but not limited to $300,000.00 in United States currency. He further agreed to the entry of a forfeiture money judgment against him in the amount of $300,000.00 in favor of the United States. Defendant Ali Jama acknowledged that the forfeiture money judgment represents the minimum amount of proceeds he derived from the Federal health care offense alleged in Count One of the Superseding Information, in violation of 18 U.S.C. § 1035, and is therefore forfeitable to the United States under 18 U.S.C. § 982(a)(7).

Defendant Ali Jama also agreed that the United States is entitled to forfeit any of his property up to the value of the $300,000.00 forfeiture money judgment as substitute assets, including but not limited to the Real Property known and numbered as 3505 Westerville Road, Columbus, Franklin County, Ohio, with all improvements, appurtenances, and attachments thereon, Parcel No. 190-000089-00, Record Owner:  H & H Investment and Management Company. The defendant consented to the forfeiture of all of his right, title, and interest in the subject Real Property to the United States in partial satisfaction of the forfeiture money judgment. He further acknowledged that the subject Real Property is titled in the name of a nominee purchaser, H & H Investment and Management Company, to hide his true ownership and control of the Real Property and/or the source of the money used to purchase the subject Real Property; and

WHEREAS, on September 7, 2018, Defendant Ali Jama entered a Plea of Guilty to Counts One and Two of the Superseding Information in accordance with his Plea Agreement; and

2

WHEREAS, based upon the record of this case and the agreement of the parties, the Court finds that the requisite nexus exists between the subject property and Count One of the Superseding Information, that the subject property is forfeitable under 18 U.S.C. § 982(a)(7) and 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), and that the United States is now entitled to possession of the subject property.

Accordingly, it is hereby **ORDERD, ADJUDGED, AND DECREED:**

1.      That Defendant Ali Jama shall forfeit to the United States the subject property that is:

> **A sum of money equal to $300,000.00 in United States currency in the form of a forfeiture money judgment representing the proceeds Defendant Ali Jama derived from the offense alleged in Count One of the Superseding Information.**
>
> **<ins>Substitute Assets</ins>**
>
> **If, as a result of any act or omission of Defendant Ali Jama, the forfeitable property so described, or any portion thereof:**
>
> **(a)      cannot be located upon the exercise of due diligence;**
>
> **(b)      has been transferred or sold to, or deposited with, a third party;**
>
> **(c)      has been placed beyond the jurisdiction of the court;**
>
> **(d)      has been substantially diminished in value; or**
>
> **(e)      has been commingled with other property which cannot be divided without difficulty,**
>
> **it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b)(1), to seek forfeiture of any other of property of Defendant Ali Jama up to the value of the $300,000.00 forfeiture money judgment, including, but not limited to:**
>
> **The Real Property known and numbered as 3505 Westerville Road, Columbus, Franklin County, Ohio, with all improvements, appurtenances, and attachments thereon, Parcel No. 190-000089-00,**

> **Record Owner:  H & H Investment and Management Company, and legally described as:**
>
> **Situated in the State of Ohio, County of Franklin and in the Township of Mifflin:**
>
> **Being in the second quarter of the first township, 17th Range, United States Military Lands, and being described as follows:**
>
> **Beginning at an iron pin in the centerline of the Westerville Pike at the Northeast corner of the John S. Curtis 14-.654 acre farm; thence S. 28 degrees 30' W. 106.3 feet to a point in the center of the aforesaid pike; thence N. 87 degrees 40' West 893.4 feet to an iron stake in the west line of John S. Curtis land; thence N. 3 degrees 20' East 95.1 feet to an iron pin in the north line of John S. Curtis' land; thence S. 87 degrees 40' E. 939 feet to the beginning, containing 2 acres of land, more or less.**
>
> **Parcel Number:  190-000089-00**
> **Commonly Known as:  3505 Westerville Road, Columbus, OH 43224**
>
> **Last Instrument No. 201411050147078 of the Deed Records of the Franklin County Recorder's Office.**

2.     That the Internal Revenue Service, or their designated agent, shall immediately seize the subject property hold same in its secure custody and control.

3.     That the United States is authorized to conduct any discovery proper in identifying, locating or disposing of the subject property in accordance with Fed. R. Crim. P. 32.2(b)(3).

4.     That in accordance with 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6), the United States shall publish notice of this Order, or any subsequent orders, and of its intent to dispose of the subject property in such manner as the Attorney General may direct.  The United States shall also provide written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

5.     That pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to Defendant Ali Jama at the time of sentencing and shall be made part of

the sentence and included in the judgment. If no third-party files a timely claim, this Order shall become the Final Order of Forfeiture as provided by Fed. R. Crim. P. 32.2(c)(2).

6.	That following the Court's disposition of all petitions filed in accordance with 21 U.S.C. § 853(n), or, if no such petitions are filed, following the expiration of the period for the filing of such petitions, the United States shall have clear title to the subject property.

7.	That the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e)

**ORDERED** this _12_ day of _December_ , 2018.

HONORABLE ALGENON L. MARBLEY
UNITED STATES DISTRICT COURT JUDGE

5