**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| **Plaintiff,** | **:** | **Case No: 2:17-cr-150** |
| **vs.** | **:** | **JUDGE MARBLEY** |
| **ALI JAMA** | **:** | |
| **Defendant.** | **:** | |

## GOVERNMENT'S SENTENCING MEMORANDUM

On September 7, 2018, pursuant to a Rule 11(c)(1)(C) plea agreement, Defendant Ali Jama pled guilty to Count One  of a Superseding Information charging him with False Statements Relating to Health Care Fraud, in violation of 18 U.S.C. §1035, and Count Two charging him with Aid or Assist in the Making of False Statements to the IRS, in violation of 26 U.S.C. §7206(2)

Pursuant to the Rule 11(c)(1)(C) plea agreement, the parties are recommending that the defendant serve  a term of incarceration of 18 months.

In the Final Pre-sentence Investigative Report (PSR), the Probation Department correctly calculated the loss amount of $392,000 to the Ohio Medicaid Program, and $311,306 to the IRS. The Probation Department also correctly calculated defendant's Sentencing Guidelines at a Total Offense Level 19, Criminal History Category I, with a Guideline Range of 30-37months. The Probation Department is recommending a total term of incarceration of 18 months which is consistent with the parties 11(c)(1)(C) plea agreement.

The Government and the defendant have agreed on a sentence that is reasonable based on all the relevant factors presented in this case. Accordingly, the imposition of a sentence consistent with the parties Rule 11(c)(1)(C) plea agreement would be sufficient but not greater than necessary to comply with the purposes set forth in 18 U.S.C. §3553(a).

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Kenneth F. Affeldt
KENNETH F. AFFELDT (0052128)
MARITSA A. FLAHERTY (0080903)
Assistant United States Attorneys
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Government's Sentencing Memorandum was electronically served this 24th day of January, 2019, on Bradley D. Barbin, attorney for Defendant.

s/Kenneth F. Affeldt
KENNETH F. AFFELDT (0052128)
Assistant United States Attorney