UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | CASE: 2:17-CR-150-001 |
| | : | JUDGE ALGENON L. MARBLEY |
| V. | : | |
| | : | |
| ALI JAMA, | : | |
| DEFENDANT. | : | |

## DEFENDANT'S SENTENCING MEMORANDUM

The Defendant, Ali Jama, by and through his attorney, Bradley Davis Barbin, submits the following Sentencing Memorandum as an aid to the Court in approving a reasonable sentence agreed to by the parties pursuant to Rule 11 (c)(1)(C). After review of the relevant facts and applicable law, the parties agreed to an eighteen (18) month sentence to be served concurrently on count one and count two of the Superseding Information.

Based upon an independent review of the facts by the U.S. Probation Department, a total offense level of nineteen (19), and a criminal history I classification (score zero), the applicable Guideline Range would have been thirty (30) to thirty-seven (37) months, apart from the Rule 11 (c)(1)(C) proposed plea. There are several personal history and characteristics which mitigate the above-stated applicable Guideline Range.

**<u>INTRODUCTION</u>**

"Confession of our faults is the next thing to innocence."

-Publius Syrius
Maximum 1060 (1st Century B.C.)

The Defendant, Ali Jama, a co-owner, performed administrative services for his half-brother, Abdirahman Jama, at Alpha Star Health Care, 3505 Westerville Road, Columbus, Ohio, a home health care agency. Alpha Star provided health aide and nursing services to Medicaid beneficiaries. Abdirahman Jama, Defendant's half-brother, controlled the finances of the company and ran the company until Abdirahman Jama absconded from the country. The parties agree that Ohio Medicaid incurred a loss of $392,000. The IRS incurred a loss of $366,825.31.

The Defendant is a sober, humble, hard working man. The Defendant's half-brother was anything but that. Rather than point the finger and engage in a blame shifting trial, the Defendant accepted responsibility for his actions and omissions in failing to prevent the submission of inflated and false financial documentation associated with Alpha Star Health Care.

Ali Jama is a simple person. He is a grown man who shares a modest-sized house with roommates. His walls are covered in pictures of his family. He doesn't own a fancy car or fancy clothes. Ali Jama doesn't take exotic vacations or buy lavish gifts for mistresses. Almost every penny he earns he sends to his families with whom he Facetimes every day. We can all agree 'trial and error' isn't the best learning process, but sometimes it's the only process we know.

The Defendant at all times attempted to implement corporate policies and procedures suggested by health care counsel, James Ervin. Mr. Ervin's character as well as numerous community testaments paint a picture of a brother who tried his best to operate a compliant business.

As Mr. Ervin profusely notes, "Further, I found Mr. Jama open and willing to correct errors, take responsibility, and hold himself and others accountable for the company's adherence to laws and above all, excellent patient services."  (A copy of Mr. Ervin's entire letter is available upon request.)

As all of the character witnesses attest, there was a noticeable change when Ali Jama began leading the company. His rehabilitation began then. Abdirahman Jama falsified the books, plundered the corporate accounts, and absconded with a large portion of company proceeds. The exact nature of the Defendant's half-brother's crimes was hidden from everyone at Alpha Star, including the Defendant, Ali Jama.

The Defendant has acted prudently since 2015. He has taken responsibility for his actions and inactions. He has continued to support his families with hard work in the trucking industry. Finally, he has assisted the Government in their efforts to collect restitution by waiving all rights in the 3505 Westerville Road property. While the Defendant is not "innocent" of his crimes, his confession in open court and forfeiture agreement suggests he is not someone who needs more than eighteen (18) months to learn his lesson.

WHEREFORE, the Defendant respectfully requests this Honorable Court approve the 11(c)(1)(C) plea agreement submitted by the parties.

Respectfully submitted,

*/s/ Bradley Davis Barbin*
Bradley Davis Barbin (0070298)
Attorney for the Defendant
Barbin Law, Inc.
52 W. Whittier St.

3

Columbus, Ohio 43206
Phone: 614-445-8416
bbarbin@barbinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Sentencing Memorandum was electronically filed on

January 23, 2019 with the Clerk of the United States District Court using the CM/ECF system,

which will send notification of such filing to the persons listed below.

Kenneth F. Affeldt
United States Attorney's Office
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
Ken.Affeldt@usdoj.gov

Maritsa A. Flaherty
Ohio Attorney General's Office
150 E. Gay Street, 17th Floor
Columbus, OH 43215
Maritsa.Flaherty@ohioattorneygeneral.gov

Moneik Edgerson
U.S. Probation Officer
Joseph P. Kinneary U.S. Courthouse
85 Marconi Blvd., 5th Floor
Columbus, OH 43215
Moneik_Edgerson@ohsp.uscourts.gov

Respectfully submitted,

/s/ Bradley Davis Barbin
Bradley Davis Barbin (0070298)
Attorney for the Defendant

4